IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEROY ALONZO MCELVEEN,
    Plaintiff,

vs.                                                  Case No. 5:11cv415/MP/CJK

PAIGE A. AUGUSTINE, et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion to withdraw (doc. 5). Plaintiff initiated this proceeding by filing a petition for writ of habeas corpus (doc. 1), which the court construed as a civil rights action arising under 28 U.S.C. § 1331. (Doc. 4) On January 17, 2012, the court therefore ordered plaintiff to file an amended complaint, typed or clearly written and submitted on the court form. (Doc. 4) Instead, plaintiff filed the instant motion to withdraw his complaint (doc. 5). Because defendants have yet to serve an answer or motion for summary judgment, plaintiff may dismiss this action without court order. *See* FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i).

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion to withdraw (doc. 5) be GRANTED.
2. That this cause be DISMISSED WITHOUT PREJUDICE.
3. That all pending motions be DENIED as moot.

4. That the clerk be directed to close the file.

At Pensacola, Florida, this 13th day of February, 2012.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).