IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEROY ALONZO MCELVEEN,

    Plaintiff,

v.                                                      CASE NO. 5:11cv415-MP-CJK

PAIGE A. AUGUSTINE, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 13, 2012. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion to withdraw (doc. 5) is GRANTED.

3. This cause is DISMISSED without prejudice and all pending motions are DENIED as moot.

**DONE and ORDERED** this 14th day of March, 2012.

                                             *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**